**Order filed October 21, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00345-CV
_____

**ALBERT LUJAN D/B/A TEXAS WHOLESALE FLOWER CO., Appellant**

**V.**

**NAVISTAR, INC., NAVISTAR INTERNATIONAL CORPORATION, NAVISTAR INTERNATIONAL TRANSPORTATION CORP., INTERNATIONAL TRUCK AND ENGINE CORPORATION AND SANTEX TRUCK CENTERS, LTD., Appellees**

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-77458**

## O R D E R

The notice of appeal in this case was filed May 4, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **November 5, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM